1  McGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | • IN THE MATTER OF THE SEARCH OF FOURTEEN ELECTRONIC DEVICES STORED AT THE USFS EVIDENCE STORAGE LOCKER IN REDDING, CALIFORNIA | CASE NO. 3:20-SW-00029-DMC |
   |---|---|
   | | ORDER UNSEALING SEARCH WARRANT AND SEARCH WARRANT APPLICATION |

20  Upon application by the United States of America and good cause having been shown, IT IS

21 HEREBY ORDERED that the search warrant, search warrant application, and related filings in the

22 above captioned matter shall be, and are, unsealed.

23

24 Dated: December 21, 2020

25

26                                    _____
27                                    DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE
28

[PROPOSED] ORDER UNSEALING SEARCH WARRANT          1
PACKAGE